UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA and NEW YORK STATE *ex rel.* ROBYN JEFFREY,

        Plaintiff,

-v-

SHERWIN BENLEVI DDS PC, *et al.*,

        Defendants.

21 Civ. 5419 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On June 27, 2023, the Court ordered, under seal, that the complaint in the above-captioned action be unsealed thirty days thereafter. Dkt. 7. Accordingly, the Court directs the Clerk of Court to unseal the relator's complaint in the above-captioned action.

Service upon the defendants is authorized. On June 27, 2023, the Court ordered that, if the relator voluntarily dismissed the complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within the following 30-day period, the relator could seek to modify its Order with the consent of the United States and the State of New York or by motion on notice to the United States and the State of New York. In recognition of the fact that the Court's order at docket 7 was under seal, the Court extends the relator's period to do so another 30 days from this Order.

SO ORDERED.

                *Paul A. Engelmayer*
                PAUL A. ENGELMAYER
                United States District Judge

Dated: August 4, 2023
   New York, New York