UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

UNITED STATES OF AMERICA and NEW YORK
STATE *ex rel.* ROBYN JEFFREY,

                                 Plaintiff,

                          -v-

SHERWIN BENLEVI DDS PC, et al.,

                         Defendants.

21 Civ. 5419

ORDER

-------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On June 27, 2023, the Court ordered, under seal, that the complaint in the above-captioned action be unsealed 30 days thereafter. Dkt. 7. The same day, the Court ordered that, if the relator voluntarily dismissed the complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civl Procedure within the following 30-day period, the relator could seek to modify its order with the consent of the United States and the State of New York or by motion on notice to the United States and the State of New York. *Id.* On August 4, 2023, in recognition of the fact that the Court's order at docket 7 was under seal, the Court filed a public order on the docket of the above-captioned case authorizing service upon defendants and extending, for another 30 days, the relator's period to request to modify its Order. Dkt. 8. Because the extended deadline—September 3, 2023—fell on a Sunday over a federal holiday weekend, the Court considered the next business day—that is, Tuesday, September 5, 2023—the relator's deadline to do so. The relator has not made any such request. Accordingly, the relator may no longer request to modify the June 27, 2023 order.

Relator's deadline to serve defendants is November 2, 2023, pursuant to the August 4,

2023 order, Dkt. 8, and Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated:  September 6, 2023
        New York, New York